UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| SELECT REHABILITATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-CV-239-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITHOUT** |
| PINES NURSING HOME 2015, LLC, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court has received and reviewed Plaintiff's Stipulation of Dismissal Without Prejudice, [R. 18]. The Court will construe the Stipulation as a notice of dismissal without prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Having reviewed the Notice, and being otherwise sufficiently advised, the Court **HEREBY ORDERS** that this matter is **DISMISSED WITHOUT PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket. Each party shall bear their own costs and fees.

This the 7th day of November, 2024.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record